IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISREAL S. DIAZ, | : | Civil No. 1:25-CV-00307 |
| Plaintiff, | : | |
| v. | : | |
| DIPIERO, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 1st day of December, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The second amended complaint, Doc. 18, is **DISMISSED** with prejudice for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

2. The Clerk of the Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
